IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| JERRY BRICE ROOF, | ) | Civil Action No. 5:21-cv-03702-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER TO REVERSE AND REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Plaintiff, Jerry Brice Roof, through his attorney, and Defendant, Kilolo Kijakazi, acting Commissioner of Social Security, through his attorney, agree that the Commissioner's final decision denying Plaintiff's September 24, 2015 Disability Insurance Benefits application will be reversed and remanded to the Commissioner for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will remand the matter to an ALJ with instructions to:

- Reevaluate the claimant's exertional and nonexertional limitations in determining his residual functional capacity on or before December 31, 2016;
- Provide further articulation concerning the claimant's use of a cane for balance when walking and standing, and obtain supplemental vocational expert testimony to clarify the effect of the assessed limitations on the claimant's occupational base; and
- Take further action to complete the administrative record resolving the above issues and issue a new decision.

Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

1

IT IS on this 13th day of May, 2022, ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the clerk will enter a separate final judgment terminating this case, hereby ending the civil action in accord with <u>Shalala v. Schaefer</u>, 509 U.S. 292, 297-98 (1993).

IT IS SO ORDERED.

May 13, 2022  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge