UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| JERRY BRICE ROOF, | ) | No. 5:21-cv-03702-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 22nd day of August, 2022, upon consideration of Plaintiff's Petition for attorney fees, expenses, and costs under the EAJA, and the agency's response, Plaintiff's Motion for Attorney Fees, ECF No. 21, is granted. It is hereby, ORDERED that Plaintiff, Jerry Brice Roof, Jr., is awarded attorney fees under the EAJA in the amount of Four Thousand Six Hundred Seventy-Two Dollars and 50/100 Cents ($4,672.50).  These attorney fees will be paid directly to Plaintiff, Jerry Brice Roof, Jr., and sent to the business address of Plaintiff's counsel.  Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.  If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

August 22, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

1